# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MATTHEW HEIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-00208-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| NEOS THERAPEUTICS, INC., GERALD MCLAUGHLIN, GREG ROBITAILLE, BETH HECHT, JOHN SCHMID, LINDA M. SZYPER, ALAN HELLER, BRYANT FONG, and JAMES ROBINSON, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: June 8, 2021

**OF COUNSEL:**

**BRAGAR EAGEL & SQUIRE, P.C.**
Alexandra B. Raymond
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone: (646) 860-9158
Fax: (212) 214-0506
Email: raymond@bespc.com

**LONG LAW, LLC**

By: */s/Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*